IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PATTEN, | 1:13-cv-01289-GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |
| vs. | |
| CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 3, 2013, plaintiff submitted an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915. However, Plaintiff did not submit the application on the proper form for this court. Plaintiff shall be granted another opportunity to submit an application, or in the alternative, to pay the $400.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. Plaintiff is not required to submit another copy of his prison trust account statement. **No requests for extension will be granted without a showing of good cause**, and f**ailure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   September 5, 2013           /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE