UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PATTEN,<br><br>              Plaintiff,<br><br>       vs.<br><br>R. ATIENZA, et al.,<br><br>              Defendants. | 1:13-cv-01289-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CLARIFICATION OF STATUS<br>(ECF No. 16.)<br><br>ORDER VACATING ORDER DISMISSING CASE AND JUDGMENT<br>(ECF Nos. 14, 15.)<br><br>ORDER FOR CLERK TO REOPEN CASE<br><br>ORDER FOR CLERK TO SEND TO PLAINTIFF:<br><br>   (1) A COPY OF THE DOCKET SHEET FOR THIS CASE, AND<br><br>   (2) A COPY OF THE COURT'S ORDER ISSUED ON JANUARY 21, 2015 (ECF No. 13.)<br><br>THIRTY-DAY DEADLINE TO FILE FIRST AMENDED COMPLAINT |

## I.     BACKGROUND

Jason Patten ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 15, 2013. (ECF No. 1.) On September 3, 2013, Plaintiff consented to Magistrate Judge jurisdiction in this action under 28 U.S.C. § 636(c), and no other parties have made an

appearance. (ECF No. 5.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On January 21, 2015, the court screened Plaintiff's Complaint under 28 U.S.C. §1915A and entered an order dismissing the Complaint for failure to state a claim, with leave to amend within thirty days. (ECF No. 6.) On February 24, 2015, the court dismissed this case and entered judgment, based on Plaintiff's failure to comply with the thirty-day deadline in the court's order. (ECF Nos. 14, 15.)

On August 24, 2015, Plaintiff filed a notice of change of address and a motion for clarification of the status of his case. (ECF No. 16.) Plaintiff asserts that on March 5, 2014, he submitted a notice of change of address in this case, from Avenal State Prison to an address in Kelseyville, California, which is not reflected on the court's docket. Plaintiff expresses concern that his address was erroneously changed back to Avenal State Prison by the Clerk, as he has not been notified of any action in his case since March 5, 2014. Plaintiff has been awaiting the initial screening of his Complaint by the court. Plaintiff now notifies the court of a new change of address to an address in Middletown, California.

## II.    DISCUSSION

Plaintiff's concerns are valid, as the court's docket shows Plaintiff's address changed back to Avenal State Prison on March 5, 2014, apparently resulting from an inadvertent entry by the Clerk. (ECF No. 11.) Plaintiff has shown good cause for the court to reopen his case and allow him time to file an amended complaint, pursuant to the court's order of January 21, 2015. The Clerk shall be directed to send Plaintiff a copy of the docket sheet for this case, and a copy of the court's January 25, 2015 order screening Plaintiff's Complaint. Plaintiff shall be granted thirty days in which to amend the Complaint pursuant to the order.

## III.   CONCLUSION

In light of the foregoing, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for clarification, filed on August 24, 2015, is GRANTED;

2. The court's order of February 24, 2015, which dismissed this action, is VACATED;

3. The judgment entered on February 24, 2015, in this action is VACATED;

4. The Clerk is DIRECTED to reopen this case;

5. Plaintiff is GRANTED thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of January 21, 2015;

6. The Clerk is DIRECTED to send Plaintiff:

    (1) A copy of the docket sheet for this case, and

    (2) A copy of the court's order issued on January 21, 2015 (ECF No. 13); and

7. Plaintiff's failure to comply with this order shall result in the dismissal of this action for failure to state a claim.

IT IS SO ORDERED.

Dated:   **October 2, 2015**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE